1  Shalini Dogra, 309024
   (747)234-6673
2  Dogra Law Group PC
   777 South Alameda St., 2nd floor
3  los angeles, CA 90021
4  Representing: Plaintiff

File No.

United States District Court, Northern District of California

Northern District of California - District - Oakland

KAREN DHANOWA, et al.           )
                                )   Case No. 4:21-cv-00498-DMR
         Plaintiff/Petitioner   )
                                )   Proof of Service of:
             vs.                )
                                )   Complaint, Order Setting Initial Case Management
                                )   Conference and Alternative Dispute Resolution
SUBWAY RESTAURANTS, et al.      )   (ADR) Deadlines, Summons, Standing Order for
                                )   All Judges of the Northern District of California,
         Defendant/Respondent   )   STANDING ORDER FOR MAGISTRATE
                                )   JUDGE DONNA M. RYU

Service on:

Franchise World Headquarters, LLC., a Connecticut Limited Liability Corporation

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#15782548

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Shalini Dogra, 309024 Dogra Law Group PC 777 South Alameda St., 2nd floor los angeles, CA 90021 | TELEPHONE NO.: (747)234-6673 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
KAREN DHANOWA, et al.

DEFENDANT:
SUBWAY RESTAURANTS, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 4:21-cv-00498-DMR |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Summons, Standing Order for All Judges of the Northern District of California, STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

2. Party Served: Franchise World Headquarters, LLC., a Connecticut Limited Liability Corporation

3. Person Served: CSC - Trudy Desbiens - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 01/25/2021   1:45PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/25/2021 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria