Mark C. Goodman (State Bar No. 154692)
mark.goodman@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Anne Kelts Assayag (State Bar No. 298710)
anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS, LLC, and
SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DHANOWA and NILIMA AMIN, on behalf of themselves and all others,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:21-cv-00498-JST<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]**<br><br>District Judge Jon S. Tigar<br>Oakland Courthouse, Courtroom 6, 2nd Floor<br><br>Complaint Filed: January 21, 2021 |

Pursuant to L.R. 6-1(a), Plaintiffs Karen Dhanowa and Nilima Amin and Defendants Subway Restaurants, Inc., Franchise World Headquarters, LLC, and Subway Franchisee Advertising Trust Fund Ltd. (collectively, the "Parties") agree and stipulate to extend the time for Defendants to file their responsive pleading to the complaint filed in this action by approximately 30 days, or until April 19, 2021. Plaintiffs and Defendants, through their respective counsel of record, agree and stipulate as follows:

1. WHEREAS, the plaintiffs filed their complaint on January 21, 2021;

2. WHEREAS, the plaintiffs served the summons and complaint on Defendants on or about January 25, 2021;

3. WHEREAS, the Parties have a mutual interest in conserving judicial resources and avoiding unnecessary motions, including motions brought under Federal Rule of Civil Procedure 11;

4. WHEREAS, counsel for the Parties are currently engaged in meet and confer efforts regarding a mutual exchange of information prior to Defendants' response deadlines and before the Parties' deadlines for initial disclosures pursuant to Federal Rule of Civil Procedure 26;

5. WHEREAS, during the Parties' meet and confer, counsel agreed to extend the deadlines for Defendants to file responsive pleadings to facilitate those discussions;

6. WHEREAS, this is the second stipulation for extension of time requested by the Parties to respond or otherwise file a responsive pleading to the complaint; and

7. WHEREAS, the new responsive pleading deadline will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

8. Defendants' time to file responsive pleadings to the complaint in this action is extended up to and including **April 19, 2021**; and

9. By entering into this stipulation, Defendants in no way concede liability with respect to any of the plaintiffs' claims or allegations and expressly reserve and preserve all rights and defenses with respect thereto.

**IT IS SO STIPULATED.**

Dated: March 10, 2021

**BAKER & McKENZIE LLP**
Mark C. Goodman
Anne Kelts Assayag

By: _____
Mark C. Goodman
Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS,
LLC, and SUBWAY FRANCHISEE
ADVERTISING TRUST FUND LTD.

Dated: March 10, 2021

**DOGRA LAW GROUP PC**
**THE LANIER LAW FIRM, PC**
Shalini Dogra
Mark Lanier
Alex Brown
Jonathan Wilkerson

By: _____
Shalini Dogra
Attorneys for Plaintiffs
KAREN DHANOWA and NILIMA AMIN