Mark C. Goodman (State Bar No. 154692)
mark.goodman@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
Anne Kelts Assayag (State Bar No. 298710)
anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS, LLC, and
SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DHANOWA and NILIMA AMIN, on behalf of themselves and all others,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut Corporation; and DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 4:21-cv-00498-JST<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]**<br><br>District Judge Jon S. Tigar<br>Oakland Courthouse, Courtroom 6, 2nd Floor<br><br>Complaint Filed: January 21, 2021<br>Amended Complaint Filed: June 7, 2021 |

Pursuant to L.R. 6-1(a), Plaintiffs Karen Dhanowa and Nilima Amin and Defendants Subway Restaurants, Inc., Franchise World Headquarters, LLC and Subway Franchisee Advertising Trust Fund Ltd. (collectively, the "Parties") agree and stipulate to extend the time for the defendants to file their responsive pleading to the First Amended Complaint filed in this action by approximately sixteen days, or from July 7, 2021 to July 23, 2021. The Parties, through their respective counsel of record, agree and stipulate as follows:

1. WHEREAS, the plaintiffs filed their initial complaint on January 21, 2021;

2. WHEREAS, the plaintiffs served the summons and complaint on the defendants on or about January 25, 2021;

3. WHEREAS, counsel for the Parties have been meeting and conferring regarding a mutual exchange of information prior to the defendants' responsive pleading as are filed and before the Parties' deadlines to complete initial disclosures pursuant to Federal Rule of Civil Procedure 26;

4. WHEREAS, as a result of these meet and confer efforts, the plaintiffs indicated an intent to file a First Amended Complaint;

5. WHEREAS, the plaintiffs filed a First Amended Complaint on June 7, 2021 that significantly changed the claims made against the defendants and the defendants had until July 7, 2021 to respond to that pleading;

6. WHEREAS, in light of the July 4 federal holiday and other scheduling conflicts, the Parties have agreed to a brief extension of the deadline for the defendants to file responsive pleadings in this litigation;

7. WHEREAS, this is the fifth stipulation for extension of time by the Parties to respond or otherwise file a responsive pleading in this litigation but the first extension of time to respond to the First Amended Complaint; and

8. WHEREAS, the new responsive pleading deadline will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

1. Defendants' time to file responsive pleadings to the First Amended Complaint currently on file in this action is extended up to and including July 23, 2021; and

2. By entering into this stipulation, the defendants in no way concede liability with respect to any of the plaintiffs' claims or allegations and expressly reserve and preserve all rights and defenses with respect thereto.

IT IS SO STIPULATED.

Dated: June 28, 2021

**BAKER & McKENZIE LLP**

By: */s/ Mark C. Goodman*
Mark C. Goodman
Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS, LLC, and SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD.

Dated: June 28, 2021

**McNICHOLAS & McNICHOLAS, LLP**
**THE LANIER LAW FIRM, PC**
**DOGRA LAW GROUP PC**

By: */s/ Shalini Dogra*
Shalini Dogra
Attorneys for Plaintiffs
KAREN DHANOWA and NILIMA AMIN

**FILER'S ATTESTATION OF CONCURRENCE**

I, Mark C. Goodman, attest that I am counsel for Defendants Subway Restaurants, Inc., Franchise World Headquarters, LLC and Subway Franchisee Advertising Trust Fund Ltd. As the ECF user and filer of this document, I attest that concurrence with the filing of this document has been obtained from its signatories.

Dated: June 28, 2021

By: */s/ Mark C. Goodman*
Mark C. Goodman