| | |
|---|---|
| 1 | Mark C. Goodman (State Bar No. 154692) |
|   | mark.goodman@bakermckenzie.com |
| 2 | **BAKER & McKENZIE LLP** |
|   | Two Embarcadero Center, 11th Floor |
| 3 | San Francisco, CA  94111 |
|   | Telephone:   +1 415 576 3000 |
| 4 | Facsimile: +1 415 576 3099 |
| 5 | Alexander G. Davis (State Bar No. 287840) |
|   | alexander.davis@bakermckenzie.com |
| 6 | Anne Kelts Assayag (State Bar No. 298710) |
|   | anne.assayag@bakermckenzie.com |
| 7 | **BAKER & McKENZIE LLP** |
|   | 600 Hansen Way |
| 8 | Palo Alto, CA  94304-1044 |
|   | Telephone:   +1 650 856 2400 |
| 9 | Facsimile: +1 650 856 9299 |
| 10 | Attorneys for Defendants |
|   | SUBWAY RESTAURANTS, INC., |
| 11 | FRANCHISE WORLD HEADQUARTERS, LLC, and |
|   | SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN DHANOWA and NILIMA AMIN, on behalf of themselves and all others, | Case No.  4:21-Cv-00498-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut Corporation; and DOES 1 through 50, Inclusive, | Date:   September 2, 2021 |
| | Time:   2:00 p.m. |
| | Ctrm:   Courtroom 6 – 2nd Floor |
| | Judge:  Hon. Jon S. Tigar, Oakland Courthouse |
| | Complaint Filed: January 21, 2021 |
| Defendants. | Amended Complaint Filed: June 8, 2021 |

Defendants' Motion to Dismiss First Amended Complaint came on for hearing on September 2, 2021 at 2:00 p.m. before the Honorable Jon S. Tigar in Courtroom 6 – 2nd Floor of the United States District Court, Oakland Courthouse. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, the oral argument of counsel and all other pleadings and papers on file herein, and for good cause appearing, the Court finds as follows:

Defendants' Request for Judicial Notice is GRANTED; and

Defendants' Motion to Dismiss is GRANTED without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE