Patrick McNicholas, Esq., SBN 125868
pmc@micholaslaw.com
Jeffrey Lamb, Esq., SBN 257648
jrl@mcnicholaslaw.com
Emily Pincin, Esq., SBN 334566
erp@mcnicholaslaw.com
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Blvd., Ste. 1400
Los Angeles, California 90024
Tel: (310) 474-1582
Fax: (310) 475-7871

Mark Lanier, Esq., (Admitted *Pro Hac Vice*)
mark.lanier@lanierlawfirm.com
Alex Brown, Esq., (Admitted *Pro Hac Vice*)
alex.brown@lanierlawfirm.com
Jonathan Wilkerson, Esq., (Admitted *Pro Hac Vice*)
jonathan.wilkerson@lanierlawfirm.com
THE LANIER LAW FIRM, PC
10940 W. Sam Houston Pkwy N, Ste. 100
Houston, TX 77064
Tel: (713) 659-5200
Fax: (713) 659-2204

Shalini Dogra, Esq., SBN 309024
shalini@dogralawgroup.com
DOGRA LAW GROUP PC
2219 Main Street, Unit 239
Santa Monica, CA 90405
Tel: (747) 234-6673
Fax: (310) 868-0170

Attorneys for Named Plaintiffs KAREN
DHANOWA and NILIMA AMIN and Proposed
Class

Mark C. Goodman (State Bar No. 154692)
mark.goodman@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone:  +1 415 576 3000
Facsimile: +1 415 576 3099

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
Anne Kelts Assayag (State Bar No. 298710)
anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304-1044
Telephone:  +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS,
LLC and SUBWAY FRANCHISEE
ADVERTISING TRUST FUND LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN DHANOWA and NILIMA AMIN, on behalf of themselves and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut | Case No: 4:21-CV-00498-JST<br><br>(*Assigned for all purposes to the Honorable Jon S. Tigar, Courtroom 6)*<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed: January 21, 2021<br>Amended Complaint Filed: June 7, 2021 |

1    Corporation; and DOES 1 through 50,
     Inclusive,
2
3                    Defendants.

4          TO THE HONORABLE JON S. TIGAR, JUDGE OF THE UNITED STATES DISTRICT

5    COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

6          The undersigned counsel, on behalf of their respective clients, submit the following Updated

7    Joint Case Management Statement in accordance with the Court's order dated July 22, 2021 (Dkt.

8    37) as follows.

9          On October 7, 2021, the Court granted Defendants' motion to dismiss the First Amended

10   Complaint (Dkt. 51).  As there is no currently operative pleading in this case, the parties at this

11   time are unable to substantively amend the last Joint Case Management Statement of July 20,

12   2021 (Dkt. 35).  The parties therefore request that the Case Management Conference currently

13   scheduled for October 19, 2021 be taken off calendar.

14         The parties note that the Court's order granting to the motion to dismiss did not set a date

15   by which the plaintiffs' Second Amended Complaint would be due.  The parties have met and

16   conferred and agreed to the following schedule: (1) the plaintiffs shall file a Second Amended

17   Complaint within 30 days of the date of the Court's dismissal order (Dkt. 51); (2) Defendants shall

18   file a responsive pleading within 30 days of service of the Second Amended Complaint.  The

19   Court is respectfully requested to issue a minute order to this effect.

20

21

22   Dated:  October 12, 2021                          **BAKER & McKENZIE LLP**

23                                                     By:    /s/  Mark C. Goodman
                                                              Mark C. Goodman
24                                                     Attorneys for Defendants
                                                       SUBWAY RESTAURANTS, INC.,
25                                                     FRANCHISE WORLD HEADQUARTERS,
                                                       LLC, and SUBWAY FRANCHISEE
26                                                     ADVERTISING TRUST FUND LTD.

27

28

                                                    2

Dated:    October 12, 2021                          **THE LANIER LAW FIRM, PC**

                                                    By:    /s/  Mark Lanier
                                                          Mark Lanier
                                                    Attorneys for Plaintiffs
                                                    KAREN DHANOWA and NILIMA AMIN


Dated:    October 12, 2021                          **DOGRA LAW GROUP PC**

                                                    By:    /s/  Shalini Dogra
                                                          Shalini Dogra
                                                    Attorneys for Plaintiffs
                                                    KAREN DHANOWA and NILIMA AMIN


Dated:   October 12, 2021                           **McNICHOLAS & McNICHOLAS, LLP**

                                                    By:    /s/  Patrick McNicholas
                                                          Patrick McNicholas
                                                    Attorneys for Plaintiffs
                                                    KAREN DHANOWA and NILIMA AMIN

### FILER'S ATTESTATION OF CONCURRENCE

        I, Mark C. Goodman, attest that I am one of the attorneys for Defendants Subway

Restaurants, Inc., Franchise World Headquarters, LLC and Subway Franchisee Advertising Trust

Fund Ltd.  As the ECF user and filer of this document, I attest that concurrence with the filing of

this document has been obtained from its signatories.

Dated:   October 12, 2021

                                                    By:    /s/   Mark C. Goodman
                                                          Mark C. Goodman