UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SUBWAY RESTAURANTS, INC., et al.,<br><br>       Defendants. | Case No. 21-cv-00498-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 57 |

Before the Court is Defendants' motion to dismiss the second amended complaint. ECF No. 57. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 3, 2022, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 24, 2022

                                   JON S. TIGAR
                              United States District Judge