| | |
|---|---|
| 1 | Mark C. Goodman (State Bar No. 154692) |
|   | mark.goodman@bakermckenzie.com |
| 2 | Christina M. Wong (State Bar No. 288171) |
|   | christina.wong@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |
|   | Two Embarcadero Center, 11th Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone:   +1 415 576 3000 |
| 5 | Facsimile:    +1 415 576 3099 |

Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS, LLC and
SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, on behalf of herself and all others similarly situated, | Case No.  4:21-cv-00498-JST |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| vs. | Ctrm:  Courtroom 6 – 2nd Floor |
| SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut Corporation; and DOES 1 through 50, Inclusive, | Judge: Hon. Jon S. Tigar |
|   | Oakland Courthouse |
|   | Complaint Filed: January 21, 2021 |
|   | Amended Complaint Filed: June 8, 2021 |
|   | Second Amended Complaint Filed: November 8, 2021 |
| Defendants. | Third Amended Complaint Filed July 28, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Anne Kelts Assayag is no longer with the law firm of Baker & McKenzie LLP and should no longer be noticed as counsel of record in this action for Defendants SUBWAY RESTAURANTS, INC., FRANCHISE WORLD HEADQUARTERS, LLC and SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD ("Defendants"). Mark C. Goodman and Christina M. Wong of Baker & McKenzie LLP remain counsel of record for Defendants.

Accordingly, we respectfully request that the Court terminate the name of Anne Kelts Assayag from the service list in this case.

Dated: August 11, 2022

**BAKER & McKENZIE LLP**

By: /s/ Mark C. Goodman
Mark C. Goodman
Attorneys for Defendants
SUBWAY RESTAURANTS, INC.,
FRANCHISE WORLD HEADQUARTERS,
LLC, and SUBWAY FRANCHISEE
ADVERTISING TRUST FUND LTD.