Mark C. Goodman, SBN 154692
mark.goodman@bakermckenzie.com
Christina M. Wong, SBN 288171
christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Tel:  (415) 576-3000
Fax:  (415) 576-3099

Attorneys for Defendants
SUBWAY RESTAURANTS, LLC,
FRANCHISE WORLD HEADQUARTERS,
LLC and SUBWAY FRANCHISEE
ADVERTISING FUND TRUST LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a Connecticut Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No: 4:21-CV-00498-JST <br><br> (*Assigned for all purposes to the Honorable Jon S. Tigar, Courtroom 6*) <br><br> **DEFENDANTS' CASE MANAGEMENT STATEMENT** <br><br> Complaint Filed: January 21, 2021 <br> Amended Complaint Filed: June 7, 2021 <br><br> CMC Date:     January 20, 2023 <br> Time:              1:30 p.m. via Zoom |

Defendants SUBWAY RESTAURANTS, LLC (improperly sued as "Subway Restaurants, Inc."), FRANCHISE WORLD HEADQUARTERS, LLC. and SUBWAY FRANCHISEE ADVERTISING FUND TRUST LTD. (improperly sued as "Subway Franchisee Advertising Trust Fund LTD.")  hereby submit this Case Management Statement in accordance with the Court's order dated November 1, 2022 (Dkt. 70).  On January 16, 2023, Defendants provided their sections of the case management statement to the plaintiff's counsel in an effort to submit a joint statement.

Defendants did not receive a response from the plaintiff and, therefore, is forced to submit this statement separately.

I. **THE PARTIES' DISCOVERY**

    A. **Discovery Propounded by Plaintiffs**

    Plaintiff has not propounded any written discovery.

    B. **Discovery Propounded by Defendants**

    On January 4, 2023, Defendants served the plaintiff with a first set of requests for production of documents, interrogatories and requests for admission. Plaintiff's deadline to respond to this written discovery is February 3, 2023.

    Defendants intend to take the plaintiff's deposition following receipt of the plaintiff's production of documents and complete responses to Defendants' written discovery, including any follow up discovery. Defendants anticipate that they will also take expert depositions bearing on class certification issues. The parties have not discussed any other discovery to date.

II. **OTHER ISSUES REQUIRING THE COURT'S ATTENTION / PROGRESS OF THE CASE**

    A. **Plaintiff's Statement**

    Not provided.

    B. **Defendants' Statement**

    Plaintiff failed to amend the complaint to add one or more named class representatives by the November 10, 2022 deadline. Accordingly, the case has proceeded with the plaintiff as the sole named plaintiff.

    On November 15, 2022, the parties exchanged initial disclosures but neither party produced any documents. Due to the confidential and proprietary nature of their documents, Defendants will only produce documents once the parties have entered a stipulated protective order that is approved by the Court.

    In accordance with the parties' agreement in the October 25 joint case management statement (Dkt. 68 at 5), on December 19, 2022, Defendants prepared a proposed stipulated protective order and proposed stipulated ESI protocol based on the Northern District of California's

model documents and sent them to the plaintiff for review and approval.  Plaintiff did not respond to the proposed orders submitted by Defendants.  Having received no response for over two weeks, Defendants followed up on January 3 and January 11, 2023.  On January 11, counsel for plaintiff responded that he would provide comments.  On January 13, the plaintiff provided revisions to the stipulated protective order and ESI protocol.  As of the date of this statement, the parties are continuing to finalize the stipulated protective order and stipulated ESI protocol.

Dated:  January 17, 2023

**BAKER & McKENZIE LLP**

By:  /s/ Mark C. Goodman
     Mark C. Goodman
Attorneys for Defendants
SUBWAY RESTAURANTS, LLC,
FRANCHISE WORLD HEADQUARTERS, LLC and SUBWAY FRANCHISEE ADVERTISING FUND TRUST LTD.