UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NILIMA AMIN, et al.,

Plaintiffs,

v.

SUBWAY RESTAURANTS, INC., et al.,

Defendants.

Case No. 21-cv-00498-JST

**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

Re: ECF No. 82

Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: March 14, 2023



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California