UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> SUBWAY RESTAURANTS, INC., et al., <br><br>   Defendants. | Case No. 21-cv-00498-JST   (LJC) <br><br> **NOTICE OF REFERRAL FOR DISCOVERY AND ORDER TO SUPPLEMENT PARTIES' JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the parties' joint discovery letter (Dkt. 82) and orders the parties to supplement this letter by **March 21, 2023** with (1) a copy of the relevant discovery requests, (2) a copy of the allegedly deficient discovery responses, and (3) a copy of the written communications and/or a declaration by Plaintiffs' counsel describing the oral communications between counsel that led to the purported misunderstanding regarding modified discovery deadlines.

The Court will order a telephone conference, hearing, and/or further briefing, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

//

//

//

1      **IT IS SO ORDERED.**

2   Dated: March 17, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge