UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUBWAY RESTAURANTS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-00498-JST   (LJC)<br><br>**ORDER SETTING HEARING REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 82 |

The undersigned orders the parties to appear before the Court on Thursday, March 30, 2023, at 1:30 pm for a hearing regarding their joint discovery letter and supplemental filings. See Dkt. Nos. 82, 85, 86. The hearing will be held via Zoom video conference. The Zoom access information is located at https://cand.uscourts.gov/lisa-j-cisneros/. Select the link to join the Zoom webinar for public hearings.

**IT IS SO ORDERED.**

Dated: March 27, 2023

LISA J. CISNEROS
United States Magistrate Judge