UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SUBWAY RESTAURANTS, INC., et al.,<br><br>      Defendants. | Case No. 21-cv-00498-JST   (LJC)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 82, 90 |

The parties filed a joint discovery letter, and on March 15, 2023, the dispute was referred to the undersigned for resolution. Dkts. 82, 83. The Court held a hearing on March 30, 2023. During the hearing, the Court instructed the parties to follow up with the Court informing it whether the parties had reached a compromise on their discovery dispute. Dkt. 90. On April 4, 2023, the parties informed the Court that they were unable to resolve the dispute through compromise. Plaintiff Nilima Amin also informed the Court that she intends to seek dismissal of the case under Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, the Court STAYS its prior order, Docket Number 90, requiring Plaintiff to file, by 12:00 pm on April 5, 2023, a declaration in support of her position that there is good cause to excuse her untimely discovery responses. Furthermore, if voluntary dismissal is denied, and the case proceeds, the stay will be lifted, and this Court will resolve the discovery dispute.

**IT IS SO ORDERED.**

Dated: April 5, 2023

LISA J. CISNEROS
United States Magistrate Judge