UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SUBWAY RESTAURANTS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-00498-JST  (LJC)<br><br>**FURTHER ORDER REGARDING JOINT DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 82, 90, 91 |

On April 5, 2023, this Court stayed resolution of the parties' discovery dispute and its order that Plaintiff file a declaration showing good cause to set aside her untimely discovery responses.  Dkt. 91.  To avoid further delay in this matter, Plaintiff shall seek dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure by **April 20, 2023**.  If the deadline is not met and the case proceeds, Plaintiff must file a declaration attesting to any facts demonstrating good cause by **April 24, 2023**, and the Court will rule on the parties' discovery dispute.

**IT IS SO ORDERED.**

Dated: April 6, 2023

LISA J. CISNEROS
United States Magistrate Judge