1  Patrick McNicholas, Esq., SBN 125868
   pmc@micholaslaw.com
2  Jeffrey Lamb, Esq., SBN 257648
   jrl@mcnicholaslaw.com
3  McNICHOLAS & McNICHOLAS, LLP
   10866 Wilshire Blvd., Ste. 1400
4  Los Angeles, California 90024
   Tel: (310) 474-1582; Fax: (310) 475-7871
5
   Richard Kellner, Esq. SBN 171416
6  rlk@kellnerlaw.com
   KELLNER LAW GROUP LLC
7  1180 South Beverly Drive, Ste. 610
   Los Angeles, CA 90035-1158
8  Tel: (310) 780-6759; Fax: (310) 475-7871

9  Mark Lanier, Esq., (Admitted *Pro Hac Vice*)
   mark.lanier@lanierlawfirm.com
10 Alex Brown, Esq., (Admitted *Pro Hac Vice*)
   alex.brown@lanierlawfirm.com
11 Jonathan Wilkerson, Esq., (Admitted *Pro Hac Vice*)
   jonathan.wilkerson@lanierlawfirm.com
12 THE LANIER LAW FIRM, PC
   10940 W. Sam Houston Pkwy N, Ste. 100
13 Houston, TX 77064
   Tel: (713) 659-5200; Fax: (713) 659-2204
14
   Shalini Dogra, Esq., SBN 309024
15 shalini@dogralawgroup.com
   DOGRA LAW GROUP PC
16 2219 Main Street, Unit 239
   Santa Monica, CA 90405
17 Tel: (747) 234-6673; Fax: (310) 868-0170

18 Attorneys for Attorneys for Plaintiff NILIMA AMIN

19
                    **UNITED STATES DISTRICT COURT**
20
                    **NORTHERN DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| 22  NILIMA AMIN, on behalf of herself and all others similarly situated, | Case No: 4:21-CV-00498-JST |
| 23                Plaintiff, | **DECLARATION OF NILIMA AMIN IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2)** |
| 24            v. | |
| 25  SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a | Date:    July 6, 2023<br>Time:    2:00p.m.<br>Ctrm:    Courtroom 6 – 2nd Floor |

| | |
|---|---|
| Connecticut Corporation; and DOES 1 through 50, Inclusive,<br><br>          Defendants. | Judge:        Hon. Jon S. Tigar<br><br>Complaint Filed:   January 21, 2021<br>TAC Filed:            July 28, 2022 |

### DECLARATION OF NILIMA AMIN

I, NILIMA AMIN, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein and, if called upon, could testify regarding the same. I am a Plaintiff in this action.

2. I submit this Declaration in Support of the Motion to Dismiss this action as a result of more recent health issues and my desire to focus on my health situation and other small children.

3. During the pendency of this action, I found out I was pregnant on approximately January 4, 2023.  I began experiencing severe morning sickness and associated medical issues caused by the pregnancy, and creating a significant negative impact in my life and in my activities of daily living.  I am continuing to experience nausea and bouts of morning sickness.

4. At times various times , my morning sickness were so severe that I needed to lie down; which made attempting to read documents and/or participate in litigation extremely difficult if not out of the question. The adverse medical impact of my pregnancy caused me to face undue delay in meeting litigation deadlines.  Consequently, I could not focus on and had extreme difficulty assisting with and responding to discovery requests.

5. In light of my medical condition and its associated impact discussed above, I have decided that it is best not to move forward with my case and request that the

Court dismiss this action. This is because I did not experience such severe morning sickness or nausea and related issues during my first or second pregnancy. As such, it remains difficult for me to predict what impact my current pregnancy will continue to have on my health. Likewise, it is difficult for me to foresee my capacity to comply with litigation-related deadlines and I need to focus on my family and children, as well as my unborn child.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of April, 2023 in Los Angeles, California.

Dated: April 20, 2023

*Nilima Amin-Reddy*

Plaintiff Nilima Amin