Patrick McNicholas, Esq., SBN 125868
pmc@micholaslaw.com
Jeffrey Lamb, Esq., SBN 257648
jrl@mcnicholaslaw.com
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Blvd., Ste. 1400
Los Angeles, California 90024
Tel: (310) 474-1582; Fax: (310) 475-7871

Richard Kellner, Esq. SBN 171416
rlk@kellnerlaw.com
KELLNER LAW GROUP LLC
1180 South Beverly Drive, Ste. 610
Los Angeles, CA 90035-1158
Tel: (310) 780-6759; Fax: (310) 475-7871

Mark Lanier, Esq., (Admitted *Pro Hac Vice*)
mark.lanier@lanierlawfirm.com
Alex Brown, Esq., (Admitted *Pro Hac Vice*)
alex.brown@lanierlawfirm.com
Jonathan Wilkerson, Esq., (Admitted *Pro Hac Vice*)
jonathan.wilkerson@lanierlawfirm.com
THE LANIER LAW FIRM, PC
10940 W. Sam Houston Pkwy N, Ste. 100
Houston, TX 77064
Tel: (713) 659-5200; Fax: (713) 659-2204

Shalini Dogra, Esq., SBN 309024
shalini@dogralawgroup.com
DOGRA LAW GROUP PC
2219 Main Street, Unit 239
Santa Monica, CA 90405
Tel: (747) 234-6673; Fax: (310) 868-0170

Attorneys for Attorneys for Plaintiff NILIMA AMIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SUBWAY RESTAURANTS, INC., a Delaware Corporation; FRANCHISE WORLD HEADQUARTERS, LLC., a Connecticut Limited Liability Corporation; SUBWAY FRANCHISEE ADVERTISING TRUST FUND LTD., a | Case No: 4:21-CV-00498-JST<br><br>**[PROPOSED] ORDER RE: PLAINTIFF NILIMA AMIN'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2))**<br><br>Date:        July 6, 2023<br>Time:       2:00p.m. |

| | |
|---|---|
| Connecticut Corporation; and DOES 1 through 50, Inclusive,<br><br>                    Defendants. | Ctrm:       Courtroom 6 – 2nd Floor<br>Judge:      Hon. Jon S. Tigar<br><br>Complaint Filed:   January 21, 2021<br>TAC Filed:            July 28, 2022 |

## [PROPOSED] ORDER

GOOD CAUSE APPEARING,

Having read and considered all argument regarding **PLAINTIFF NILIMA AMIN'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2))**:

IT IS HEREBY ORDERED THAT plaintiff's Motion to Dismiss Pursuant to F.R.C.P. 41(a)(2) is GRANTED.

Dated:

_____
Honorable Jon S. Tigar