UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUBWAY RESTAURANTS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-00498-JST   (LJC)<br><br>**ORDER LIFTING STAY ON DISCOVERY DISPUTE AND DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUESTS TO SET ASIDE DEEMED ADMISSIONS AND WAIVERS OF OBJECTIONS**<br><br>Re: Dkt. No. 82 |

In this putative class action, the parties have a pending discovery dispute. Dkt. 82. Plaintiff Nilima Amin requests that this Court set aside deemed admissions and her waiver of objections to various discovery requests that Defendants served on her, and to which she served late responses.

After a hearing on the matter, this Court stayed resolution of the dispute to permit Plaintiff to file a motion to dismiss pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. See Dkts. 91 & 92. Plaintiff filed her Motion to Dismiss by the Court's deadline. Dkt. 93. The Court has set a hearing on the motion to dismiss for July 27, 2023, after the deadline for Plaintiff's motion for class certification and other related deadlines.

In light of the posture of this case, and Plaintiff's desire to dismiss the action, the Court lifts the stay on the parties' discovery dispute, and denies without prejudice, Plaintiff's requests to set aside deemed admissions and waivers of objections. The parties may refile their joint

//

//

//

discovery letter, or a similar letter presenting same dispute, if Plaintiff's Motion to Dismiss is denied.

**IT IS SO ORDERED.**

Dated: April 28, 2023

LISA J. CISNEROS
United States Magistrate Judge