UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILIMA AMIN, et al., <br>         Plaintiffs, <br> v. <br> SUBWAY RESTAURANTS, INC., et al., <br>         Defendants. | Case No. 21-cv-00498-JST <br><br> **CLERK'S JUDGEMENT** <br> Re: Dkt. No. 111 |

Pursuant to the Order Granting Plaintiff's Motion to Dismiss and Denying Defendants' Motion for Sanctions signed August 4, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Friday, August 4, 2023

                                                  Mark B. Busby <br>
                                                  Clerk, United States District Court

                                                  By: _____ <br>
                                                  Mauriona Lee, Deputy Clerk to the <br>
                                                  Honorable JON S. TIGAR